IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.  08-30097 |
| ) | |
| JESSIE JAMES JOINER, ) | |
| ) | |
| Defendant. ) | |

# OPINION

JEANNE E. SCOTT, U.S. District Judge:

This matter comes before the Court on the Government's Unopposed Motion to Stay Defendant's Surrender Date (d/e 21).  The Court ordered Defendant Jessie James Joiner to appear at the facility selected by the Bureau of Prisons by November 17, 2009, to begin serving his term of imprisonment (Surrender Date).  Judgment in a Criminal Case (d/e 16) (Judgment), at 2.  The Government has asked the Court to stay Defendant Joiner's Surrender Date until February 1, 2010, because Defendant Joiner has agreed to testify in a criminal matter set to go to trial in January 2010.  The Defendant has no objection to the Motion.  After reviewing the Motion, the Court will allow the request.

1

THEREFORE, the Government's Unopposed Motion to Stay Defendant's Surrender Date (d/e 21) is ALLOWED.  Defendant Jessie James Joiner's Surrender Date is hereby stayed until February 1, 2010. Defendant Joiner shall report to the facility selected by the Bureau of Prisons on February 1, 2010, by 12:00 p.m. noon local time, to begin serving his term of imprisonment.  All other terms and conditions of the Judgment remain in full force and effect.  Defendant Joiner's bond shall remain in full force and effect until February 1, 2010.  The Clerk is directed to send a copy of this Opinion to the Bureau of Prisons and the United States Probation Office.

IT IS THEREFORE SO ORDERED.

ENTER:   November 3, 2009

    FOR THE COURT:

                s/ Jeanne E. Scott
                JEANNE E. SCOTT
                UNITED STATES DISTRICT JUDGE